UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN PAUL FRANK SCHOWACHERT, | 1:21-cv-00947 GSA (PC) |
|---|---|
| Plaintiff, | **ORDER TO SUBMIT <u>SIGNED</u> APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS** |
| v. | |
| KELLEY SANTORO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed *in forma pauperis* was deficient because it did not include plaintiff's required original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall re-submit the enclosed application to proceed *in forma pauperis*, with plaintiff's original signature, or in the alternative, pay the $402.00 filing fee for this action.

**Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated: **June 25, 2021**      /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE