UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL FRANK SCHOWACHERT,<br><br>Plaintiff,<br><br>vs.<br><br>SANTORO, et al.,<br><br>Defendants. | No. 1:21-cv-00947-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 9.)<br><br>ORDER DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S ORDERS<br><br>(Doc. Nos. 5, 6, 7.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff John Paul Frank Schowachert is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On August 17, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed based on plaintiff's failure to comply with court orders. (Doc. No. 9.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*.) To date, no objections to the findings and

1

recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly,

1. The findings and recommendations issued by the magistrate judge on August 17, 2021, are adopted in full;
2. This case is dismissed without prejudice based on plaintiff's failure to comply with the court's orders; and
3. The clerk is directed to assign a district judge to this case for the purposes of closure and then to close this case

IT IS SO ORDERED.

Dated:   **September 17, 2021**

UNITED STATES DISTRICT JUDGE

2